```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES,                    )
                                  )
           v.                     )
                                  )    C.R. No. 98-cr-10176-GAO
JEFFREY NORTH (1)                 )
           Defendant.             )
                                  )
```

ORDER

Now before the Court is defendant North's letter seeking to have the Clerk of Court provide a letter to the Essex County Correctional Facility stating that he is representing himself, pro se, in these proceedings.  See Docket No. 212.  He seeks such letter in order to obtain "pro se status for the law library" at the Essex County Correctional Facility.  Id.

The Court's records indicate that Mr. North is proceeding pro se and will be representing himself at the sentencing hearing scheduled for April 25, 2006.

Accordingly, the clerk of the court is directed to forward a copy of North's letter and this order to Sheriff Frank G. Cousins, Jr.

```
 4/5/06                            /s/ George A. O'Toole, Jr.
DATE                              GEORGE A. O'TOOLE, JR.
                                  UNITED STATES DISTRICT JUDGE
```